| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Diego Santana, Esq. (SBN 207199)<br>The Judge Law Firm<br>19900 MacArthur Blvd, Suite 500<br>Irvine, CA, 92612<br>phone: 949-833-8633<br>fax: 949-833-0154<br><br>Attorney for Bixby Village Community Association | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Elizabeth Anne Weidlich
aka Elizabeth Knighton

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 7

CASE NUMBER 2:09-bk-45976-ER

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Bixby Village Community Association

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Diego Santana, Esq. (SBN 207199) The Judge Law Firm
   19900 MacArthur Blvd, Suite 500, Irvine, CA, 92612; phone: 949-833-8633

3. New Attorney hereby appears in the following matters:    ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Sheldon Sander Goodman

Dated:

Authorized Agent for Bixby Village Community
*Type Name of Party*

I consent to the above substitution.

Dated: April 27, 2011

Sheldon Sander Goodman
*Type Name of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated:

Diego Santana
*Type Name of New Attorney*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/02                                                                              F 2090-1.4