FILED

MAY 27 2011

CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

ENTERED

JUN 0 2 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy/Clerk

| | |
|---|---|
| In Re:Elizabeth Anne Weidlich<br><br><br>Debtors. | CASE NUMBER: LA 09-45976 ER<br>CHAPTER 7<br><br><br>ORDER SETTING ASIDE CLOSING<br>ORDER AND REOPENING ESTATE |

IT APPEARING THAT:

On  April 28, 2011         , an order closing this case was inadvertently entered due to clerical error.

IT IS HEREBY ORDERED that the order closing this case is hereby set aside pursuant to Rule 60 of the Federal Rules of Civil Procedure and Bankruptcy Rule 9024.  The case is hereby reopened for further administration.  No additional filing fee is required to reopen this estate.

Date:  5/27/11

_____
United States Bankruptcy Judge

ORDER SETTING ASIDE CLOSING ORDER AND REOPENING ESTATE